**FILED**

2007 FEB -7 P 1:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

#5
IPP
NP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alyson Thomas
  Plaintiff,

vs.

Antelope Valley Union High School District
  Defendant(s).

CASE NO. C07 00790 PVT

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address  34 Huerta Street
   City, State & Zip Code  Greenfield, CA  93927
   Phone  831-674-0307

2. Defendant is located at:
   Address  44811 Sierra Highway
   City, State & Zip Code  Lancaster, CA  93534

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:
   a. ☒ Failure to employ me.
   b. ☒ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                          - 1 -

1      c. ~~Failure to promote me.~~

2      d. ☒ Other acts as specified below.

3 Hostile work environment; retaliation; discrimination

4 based upon revealing of worker's comp. prior injury history

5 racial and sexual perception biases; posting of

6 a swastika at the workplace; unprofessional biased

7 evaluators who had personal relationships that interfered

8 with professionalism; alienation and undue hostility by supervisors.

9    5.     Defendant's conduct is discriminatory with respect to the following:

10      a. ☒ My race or color.

11      b. __ My religion.

12      c. ☒ ~~My sex.~~

13      d. __ My national origin.

14      e. __ Other as specified below.

15 _____

16    6.     The basic facts surrounding my claim of discrimination are:

17 Evaluator, V.P. Kristen Tepper had a swastika

18 posted in her office. Administrators were extraordinarily

19 hostile, i.e. not acknowledging or speaking to me as

20 an employee; making wild gestures when I approached.

21 Condoning/ignoring racial charged incidents. The refusal

22 of Mrs. Kreitz to assign another evaluator or even evaluate

23 me herself. The repeated unfair, inconsistent and untrue

24 statements made in evaluations/summaries or reports.

25    7.     The alleged discrimination occurred on or about   2005-2006 .

26                                                 (DATE)

27    8.     I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)          - 2 -

1  discriminatory conduct on or about ___June 2006___.
2                              (DATE)
3  9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about ___November 12, 2006___.
5                              (DATE)
6  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7       Yes _X_    No ___
8  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.

10
11  DATED: __February 7, 2007__          _[signature]_
12                                        SIGNATURE OF PLAINTIFF
13
14  *(PLEASE NOTE: NOTARIZATION*        __Alyson Thomas__
15  *IS NOT REQUIRED.)*                  PLAINTIFF'S NAME
16                                       (Printed or Typed)

Form-Intake 2 (Rev. 4/05)          - 3 -

EEOC Form 161 (3/98)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Alyson Thomas<br>34 Huerta<br>Greenfield, CA 93927 | From: | Los Angeles District Office - 480<br>255 E. Temple St. 4th<br>Los Angeles, CA 90012 |
|---|---|---|---|

FILED
2007 FEB -7 P 1:06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

C07 00790 PVT

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2006-02240 | Diana D. Franklin,<br>Investigator | (213) 894-1056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- **NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)     _____    11/2/06
                     Olophius E. Perry,         (Date Mailed)
                     District Director

cc:     Antelope Valley High School District

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
255 E. Temple St., 4th Floor
Los Angeles, CA., 90012

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES POSTAGE $00.390
NOV 03 2006
PITNEY BOWES
0214A 0004601956
MAILED FROM ZIP CODE 90012