DANIEL P. BARER (SBN 150812)
FARRELL COVELL (SBN 227644)
POLLAK, VIDA & FISHER
Attorneys at Law
1800 Century Park East, Suite 400
Los Angeles, California 90067-1507
Telephone: (310) 551-3400
Facsimile: (310) 551-1036
E-Mail: dpb@pvandf.com

Attorneys for Defendant ANTELOPE VALLEY
UNION HIGH SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON THOMAS, | CASE NO. CV 07-05646 (CT) |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiff Alyson Thomas and Defendant Antelope Valley Union High School District agree to continue the Scheduling Conference currently set for September 24, 2007 at 8:30 a.m. to October 15, 2007 at 8:30 a.m.

The reason for the continuance is that, according to plaintiff, the court had the wrong address for Plaintiff Alyson Thomas; and she therefore did not receive notice of the conference until it was too late to make accommodations with her work to attend. Plaintiff does not reside within the district, and represents that she must make arrangement with her work to take the time off. There have been no prior continuances of this conference.

DATED: September 12, 2007

POLLAK, VIDA & FISHER
DANIEL P. BARER
FARRELL COVELL

By: _____
Farrell C. Covell
Attorneys for Defendant ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT

DATED:

By: _____
Alyson Thomas
Plaintiff in Pro Se

IT IS SO ORDERED

DATED: September, 2007

_____
Hon. S. James Otero

LAW OFFICES OF
POLLAK, VIDA
& FISHER

The reason for the continuance is that, according to plaintiff, the court had the wrong address for Plaintiff Alyson Thomas; and she therefore did not receive notice of the conference until it was too late to make accommodations with her work to attend. Plaintiff does not reside within the district, and represents that she must make arrangement with her work to take the time off. There have been no prior continuances of this conference.

DATED: September 17, 2007

POLLAK, VIDA & FISHER
DANIEL P. BARER
FARRELL COVELL

By: _____
Farrell C. Covell
Attorneys for Defendant ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT

DATED:

By: _____
Alyson Thomas
Plaintiff in Pro Se

IT IS SO ORDERED

DATED: September, 20 2007

_____
Hon. S. James Otero

-2-
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

# PROOF OF SERVICE
CCP § 1013a(3) Revised 11/16/05
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1800 Century Park East, Suite 400, Los Angeles, California 90067-1507.

On September 18, 2007, I served the foregoing document described as **STIPULATION TO CONTINUE SCHEDULING CONFERENCE** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Alyson Thomas                    Plaintiff in Pro Se
34 Huerta St.
Greenfield, CA 93927

[X] **(BY MAIL)** I deposited such envelopes in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid, as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addresses above.

[ ] **(BY FEDERAL EXPRESS)** I caused said envelope to be sent by Federal Express to the addressee(s) identified.

[ ] **(BY FACSIMILE)** At the time indicated on the transmission report from fax phone number , the facsimile machine I used complied with Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to Rule 2008(e)(4), the attached transmission report was properly issued by the transmitting facsimile machine.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 18, 2007, at Los Angeles, California.

*Katherine Powell*
Katherine Powell

G:\WPDOCS\SISC\5895.011\P\Stiptocontinue Sched Conf.wpd