# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

Priority   ✓
Send   ___
Enter   ___
Closed   ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 07-05646 SJO (CTx) |
| Date | October 15, 2007 |
| Title | Alyson Thomas v. Antelope Valley Union High School District |

Present: The Honorable **S. JAMES OTERO, United States District Judge**

| Ricardo Juarez | Margarita Lopez | |
|---|---|---|
| Deputy Clerk | Court Recorder | Tape No. |

Present for Plaintiff:  Attorneys Present for Defendant:

Alyson Thomas (In pro per)  Daniel Phillip Barer, William Forest Holbrook

**Proceedings:** TELEPHONIC SCHEDULING CONFERENCE

Scheduling Conference is held. Court orders parties to file cross motions for summary judgment regarding trademark infringement. The Court sets the following dates:

| | | |
|---|---|---|
| Last Date to Amend or Add Parties | Thursday, November 15, 2007 | |
| Discovery Cut-off | June 4, 2008 | |
| Motion Hearing Cut-off (must be filed 21 days prior) | Monday, July 28, 2008 | at 10:00 a.m. |
| Pretrial Conference | Monday, August 25, 2008 | at 9:00 a.m. |
| Jury Trial Date | Tuesday, September 2, 2008 | at 9:00 a.m. |
| Settlement Conference | Referred to ADR | |

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:

1. All Jury Instructions, agreed and opposed;

2. Verdict Forms;

3. Proposed Voir Dire Questions;

4. Agreed-To Statement of Case;

5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-05646 SJO (CTx) | Date | October 15, 2007 |
| Title | Alyson Thomas v. Antelope Valley Union High School District | | |

6. Trial Brief and Memorandum of Contentions;

7. Joint Rule 26(f) Report;

8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;

9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;

10. Exhibits properly labeled, tagged, and in binders.

|  | 0 | : | 02 |
|---|---|---|---|
| Initials of Preparer | RJ | | |