1  DANIEL P. BARER (SBN 150812)
   HAMED AMIRI GHAEMMAGHAMI (SBN 234068)
2  POLLAK, VIDA & FISHER
   Attorneys at Law
3  1800 Century Park East, Suite 400
   Los Angeles, California 90067-1507
4  Telephone: (310) 551-3400
   Facsimile: (310) 551-1036
5  E-Mail:    dpb@pvandf.com

6  Attorneys for Defendant ANTELOPE VALLEY
   UNION HIGH SCHOOL DISTRICT
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ALYSON THOMAS,                   ) CASE NO.  CV 05646 SJO (Ctx)
                                    )           (Formerly C07 00790 PVT)
12         Plaintiff,                )
                                    ) **NOTICE OF CHANGE OF**
13    vs.                            ) **ADDRESS**
                                    )
14 ANTELOPE VALLEY UNION HIGH       )
   SCHOOL DISTRICT,                 )
15                                   )
           Defendant.                )
16 _____ )

17 ///

18 ///

19 ///

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
POLLAK, VIDA
& FISHER

*NOTICE OF CHANGE OF ADDRESS*                ORIGINAL

TO THE COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Pollak, Vida & Fisher's new address, effective March 31, 2008, will be as follows:

1150 West Olympic Blvd., Suite 980

Los Angeles, California 90064

Our phone and fax numbers will remain the same.

DATED: March 26, 2008

POLLAK, VIDA & FISHER
DANIEL P. BARER
HAMED AMIRI GHAEMMAGHAMI

By: _____
Daniel P. Barer
Attorneys for Defendant ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT

G:\WPDOCS\SISC\5895.011\P\Ntc of Change of Address.wpd