1  DANIEL P. BARER (SBN 150812)
   HAMED AMIRI GHAEMMAGHAMI (SBN 234068)
2  POLLAK, VIDA & FISHER
   Attorneys at Law
3  1800 Century Park East, Suite 400
   Los Angeles, California  90067-1507
4  Telephone:  (310) 551-3400
   Facsimile:  (310) 551-1036
5  E-Mail:     dpb@pvandf.com

6  Attorneys for Defendant ANTELOPE VALLEY
   UNION HIGH SCHOOL DISTRICT
7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  ALYSON THOMAS,                    ) CASE NO.   CV 05646 SJO (Ctx)
                                      )            (Formerly C07 00790 PVT)
12          Plaintiff,                )
                                      ) STIPULATION RE DIMISSAL
13      vs.                           )
                                      )
14  ANTELOPE VALLEY UNION HIGH        )
    SCHOOL DISTRICT,                  )
15                                    )
            Defendant.                )
16  _____ )

17

18      IT IS HEREBY STIPULATED by and between the parties to this action

19  through their designated counsel that the above-captioned action be and hereby is

20  dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule

21  41(a)(1).

22

23  DATED:  March 27, 2008        POLLAK, VIDA & FISHER
                                  DANIEL P. BARER
24                                HAMED AMIRI GHAEMMAGHAMI

25

26                                By:_____
                                      DANIEL P. BARER
27                                Attorneys for Defendant ANTELOPE
                                  VALLEY UNION HIGH SCHOOL
28                                DISTRICT

LAW OFFICES OF
POLLAK, VIDA
& FISHER

1

2  DATED: _____4/11_____, 2008

3

4                                    By:_____

5                                         ALYSON THOMAS
                                          Plaintiff in Pro Se
6

7  G:\WPDOCS\SJSC\5895.011\P\Stip re dismissal - hu - 032708.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
POLLAK, VIDA
& FISHER

-2-

**PROOF OF SERVICE**
CCP § 1013a(3) Revised 11/16/05
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11150 West Olympic Blvd., Suite 980, Los Angeles, California 90064.

On April 15, 2008, I served the foregoing document described as **STIPULATION RE DISMISSAL** on the interested parties in this action by placing [  ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Alyson Thomas                              Plaintiff in Pro Se
34 Huerta St.
Greenfield, CA 93927
Telephone:  (831) 540-8170

[X]     **(BY MAIL)** I deposited such envelopes in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid, as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[  ]     **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addresses above.

[  ]     **(BY FEDERAL EXPRESS)** I caused said envelope to be sent by Federal Express to the addressee(s) identified.

[  ]     **(BY FACSIMILE)** At the time indicated on the transmission report from fax phone number , the facsimile machine I used complied with Rule 2003(3) and the transmission was reported as complete and without error.  Pursuant to Rule 2008(e)(4), the attached transmission report was properly issued by the transmitting facsimile machine.

[  ] (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 15, 2008, at Los Angeles, California.

Katherine Powell

G:\WPDOCS\SISC\5895.011\P\pos.wpd